**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION – DETROIT**

**In The Matter Of:**          **In Bankruptcy:**

JUAN TORRES,          Case No. 04-56527-R
                      Chapter 7
　　　　　Debtor.          Hon. Steven W. Rhodes
_____/

**NOTICE OF UNCLAIMED DIVIDEND**

To the Clerk of the Court:

　　　The attached check in the amount of $1,858.31 represents an unclaimed dividend in this Estate and is paid to the Court pursuant to 11 U.S.C. §347. The name and address of the party entitled to the unclaimed dividend is:

| Claim Number | Claimant | Amount |
|---|---|---|
| 3 | Great Seneca Financial Corp / Providian c/o Wolpoff & Abramson, LLP Two Irving Centre 702 King Farm Blvd. Rockville, MD 20850-5775 | $1,858.31 |
|  | **TOTAL:** | $1,858.31 |

Respectfully Submitted,

/s/ Gene R. Kohut
Gene R. Kohut (P47413)
Trustee for the Estate
21 Kercheval Avenue, Suite 285
Grosse Pointe Farms, MI 48236
(313) 886-9765
Dated: August 4, 2006          ecftrustee@gktrustee.com

**Gene R. Kohut, P.C.**
**Attorney &**
**Counselor at Law**
21 Kercheval Avenue
Suite 285
Grosse Pointe Farms
Michigan 48236
──────
(313) 886-9765 Office
(313) 432-0229 Fax