UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

TORRES, JUAN                      Case No.: 04-56527-SWR
                                              Chapter 7
       Debtor(s).                    Hon. STEVEN W. RHODES
_____/

## TRUSTEE'S FINAL ACCOUNT CERTIFICATION
## THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION FOR DISCHARGE OF TRUSTEE

     GENE R. KOHUT, Trustee of the estate of the above named Debtor(s), certifies to the Court and the United States Trustee, that this estate has been fully administered. A Trustee's Final Report has been filed and, pursuant to the Certificate of Distribution proper disbursements have been completed. No funds or assets of the estate remain.

     Therefore, pursuant to FRBP 5009, the Trustee requests that this final account be accepted and that the Court order the case closed and discharges the Trustee of any further duties.

Dated: January 17, 2007           /s/ Gene R. Kohut
                                                GENE R. KOHUT, TRUSTEE
                                                21 Kercheval Avenue
                                                Suite 285
                                                Grosse Pointe Farms, MI 48236
                                                (313) 886-9765

     The United States Trustee has reviewed the Final Account Certification that the estate has been Fully Administered and Application for Discharge of the Trustee in accordance with the standards set forth in the MOU dated April 1, 1999 and has no objection to the Trustee's certification that the estate has been fully administered and is ready to close.

                                                SAUL EISEN
                                                UNITED STATES TRUSTEE

Dated: January 17, 2007      By: /s/ Marion J. Mack, Jr.
                                                211 WEST FORT STREET
                                                SUITE 700
                                                DETROIT, MI 48226