UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In the matter of:

Juan Torres                                        Case No. 04-56527-swr

Chapter 7

**ORDER DENYING APPLICATION FOR UNCLAIMED FUNDS**

An application for payment from unclaimed funds for the sum of $1,858.31 was filed by Dilks & Knopic, LLC on behalf of Mann Bracken, LLP on August 6, 2012. Upon further review proper documentation required has not been provided as requested, therefore,

**IT IS ORDERED** that the application for unclaimed funds dated August 6, 2012, filed by Dilks & Knopic, LLC on behalf of Mann Bracken, LLP, is hereby **DENIED**.

Signed on January 07, 2013

/s/ Steven Rhodes

Steven Rhodes
United States Bankruptcy Judge