UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

Juan Torres  Case No.  04-56527-MAR

Chapter  7

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Upon application and in accordance with the provisions of 28 U.S.C. Section 2042, that following a review of the sufficiency of the Affidavit of Claimant information that the claimant is properly entitled to said funds, and that the U.S. Attorney for the Eastern District of Michigan was provided a copy of this application with a proof of service attached to the application,

**IT IS ORDERED** that the Clerk of the U.S. Bankruptcy Court remit the sum of One Thousand Four Hundred Seventy-one and 46/100 dollars ($1,471.46) of unclaimed funds held in the U.S. Treasury to:

>Bank of America, NA
>c/o Nancy McMillan
>American Property Locators, Inc
>3855 South Boulevard, Suite 200
>Edmond, OK  73013

.

**Signed on April 07, 2015**

>___/s/ Mark A. Randon___
>**Mark A. Randon**
>**United States Bankruptcy Judge**